DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MAURICE F. BAYLESS,

Appellant,

v.

HILLSBOROUGH COUNTY ANIMAL CONTROL,

Appellee.

No. 2D2025-1065

————————————————

April 29, 2026

Appeal from the County Court for Hillsborough County; Christopher E. Brown, Judge.

Maurice F. Bayless, pro se.

Ricardo T. Cox, Sr., Senior Assistant County Attorney of Hillsborough County Attorney's Office, Tampa, for Appellee.

PER CURIAM.

Affirmed.

MORRIS, ATKINSON, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.